# EXHIBIT A

**COVID-19 Update:** We are open for business! Most products in-stock, delivering nationwide to homes and businesses.

(800) 408-2718 Live Chat     My Account    Customer Service    Conta

**To Place an Order Please Call (800) 408-2718**

Home > Key Safes & Cabinets > DuraBox 200 Position Key Cabinet with Key Lock, Light Grey



## DuraBox 200 Position Key Cabinet With Key Lock, Light Grey

Brand: DuraBox    Part# K200      5 stars based on 2 review(s)

| 59% Off | Authorized Dealer | Request a Quote | Send a Purchase Order |

Reg. Price: ~~$195.00~~  **$79.00**

Qty: [1]   **ADD TO CART**

| Availability | Ships within 24 hours |
|---|---|
| Condition | New |
| Warranty | 1-Year Manufacturer Warranty |
| Shipping Cost | Add to Cart to Calculate |

### Quick Overview

-Key Capacity: 200
-Lock Type: Key Lock
-Material: Steel
-Dimensions: 21.6" H x 15" W x 5.5" D

### Browse Similar Items

Key Safes & Cabinets
Security & Fireproof Safes

### Product Description

E-mail This Page    Print Preview    Questions & Answers (0

DuraBox 200 position key cabinet with key lock is a wall-mountable unit offering secure key storage. Key hooks are height adjustable to accommodate a variety of key hooks. Two keys included for lock. Constructed from steel with a scratch-resistant powder coated finish.

This key cabinet offers capacity for up to 200 keys with included write-on tags for better organization. Comes with pre-drilled holes and mounting hardware for wall mounting. Ideal for valet, car dealerships, rental companies, and other sites where keys are shared.

#### Features

- Safe storage for up to 200 keys
- Locking door for security with 2 included keys
- Durable steel construction offers long-lasting use
- Includes write-on tags with hooks for hanging keys
- Wall mountable with hardware included

#### Specifications

- Key Capacity: 200
- Lock Type: Key Lock
- Material: Steel
- Dimensions: 21.6" H x 15" W x 5.5" D
- Weight: 23 lbs.

**RELATED PRODUCTS**

DuraBox 400 Position Key Cabinet with Key Lock, Light Grey



Your Price: **$129.00**
Add to Cart

DuraBox 600 Position Key Cabinet with Key Lock, Light Grey



Your Price: **$229.00**
Add to Cart

DuraBox 40 Keys Steel Safe Cabinet with Digital Lock, Dark



Your Price: **$59.00**
Add to Cart



- Color: Light Grey (K200)

**Additional Information** | **Customer Reviews** | **Product Questions**

**Rating Summary**

**Write A Review**

**Customer(s) rated this product 5 out of 5 stars**

**Great Product**

Value
Quality
Price
Seamus
VERIFIED BUYER
13 March, 2020

I work in the trucking business and let me tell you......... Very easy to lose keys. Now that I bought this box we have everything organized and honestly makes things a lot easier. Very happy I made the purchase. Thank you!

**Good**

Value
Quality
Price
Joe
VERIFIED BUYER
13 March, 2020

Good quality, good appearance.

**You May Also Be Interested In**



DuraBox 400 Position Key Cabinet with Key Lock, Light Grey

Your Price: **$129.00**



DuraBox 600 Position Key Cabinet with Key Lock, Light Grey

Your Price: **$229.00**



DuraBox 40 Keys Steel Safe Cabinet with Digital Lock, Dark Grey

Your Price: **$59.00**

**Related Products**



FireKing 1-Hour Fireproof 1.3 cu. ft. Key Lock Data Safe

Your Price: **$3,449.00**



FireKing 1-Hour Fireproof 2.8 cu. ft. Key Lock Data Safe

Your Price: **$4,649.00**



Phoenix 992 3.48 Cubic Foot Front Loading Combination Lock

Your Price: **$995.00**



Phoenix 992E 3.48 Cubic Foot Front Loading Electronic Lock Depository

Your Price: **$1,027.00**

---

**CUSTOMERS ALSO BOUGHT**

DuraBox Additional 100 Key Tag Total 20 each Black, Green, Red, Yellow, Blue

 Add to Cart

















# EXHIBIT B

 United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jun 12 04:12:23 EDT 2020

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*

# DURABOX

| | |
|---|---|
| **Word Mark** | DURABOX |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: Metal cash deposit boxes; Safe deposit boxes; Safety deposit boxes. FIRST USE: 20150901. FIRST USE IN COMMERCE: 20150901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87240366 |
| **Filing Date** | November 17, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Digital Marketing Corp DBA DigitalBuyer CORPORATION DELAWARE 155 W. Washington Blvd STE 306 Los Angeles CALIFORNIA 90015 |
| **Attorney of Record** | James Michael Smedley, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT C

 United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jun 12 04:12:23 EDT 2020

Logout  Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | DURABOX |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: Tool boxes of metal, empty; Tool and tool accessory boxes made of metal sold empty and parts and fittings therefor; Tools chests of metal sold empty. FIRST USE: 20160801. FIRST USE IN COMMERCE: 20160801 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 14.05.03 - Wrenches<br>26.15.01 - Polygons as carriers or as single or multiple line borders |
| **Serial Number** | 87175348 |
| **Filing Date** | September 19, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 7, 2017 |
| **Registration Number** | 5958465 |
| **Registration Date** | January 14, 2020 |
| **Owner** | (REGISTRANT) Manufacuras Post Form, S.A. de C.V. CORPORATION MEXICO Guanacevi, 370 Parque Ind. Lagunero Gomez Palacio, Durango MEXICO 35078 |
| **Attorney of Record** | Edd Vasquez |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of** | TRADEMARK |

| | |
|---|---|
| **Mark** | |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT D

{00209694.DOC.1}

# United States of America

### United States Patent and Trademark Office



**Reg. No. 5,958,465**  Manufacuras Post Form, S.A. de C.V.  (MEXICO CORPORATION)
Guanacevi, 370 Parque Ind. Lagunero
**Registered Jan. 14, 2020**  Gomez Palacio, Durango, MEXICO 35078

**Int. Cl.: 6**  CLASS 6: Tool boxes of metal, empty; Tool and tool accessory boxes made of metal sold empty and parts and fittings therefor; Tools chests of metal sold empty

**Trademark**  FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

**Principal Register**  SER. NO. 87-175,348, FILED 09-19-2016



Andrei Iancu
Director of the United States
Patent and Trademark Office



{00209694.DOC.1}

# EXHIBIT E



CHESTS



PIANO BOXES





# EXHIBIT F

{00209694.DOC.1}



About 95,600 results (0.35 seconds)

See durabox          Sponsored



DuraBox W500 Wall-Mount Drop Box, Light Grey
$79.00
DigitalBuyer.com
★★★★★ (12)

Sterilite 4 Drawer Unit Flat Gray, Size: 35 3/4 inch H x 25 5/8 inch W x 19 1/4 inch D
$54.00
Walmart
★★★★★ (580)

DuraBox W300 Letter Size Wall Drop Box with Tubular Key, Light Grey
$59.00
DigitalBuyer.com
★★★★★ (12)

dura-box.com
### DuraBox: Home
**DURABOX** provides protection from theft and weather for your valuable tools and equipment at the jobsite. From Chests to Field Offices, **DURABOX's** innovative design and versatility offer strength and durability for top security and ideal storage solutions.

**DURABOX CATALOGO 2017.cdr**
From Chests to Field Of ces, DURABOX's innovative design ...

**DURABOX CATALOGO ...**
DURABOX provides protection from theft and weather for your ...

More results from dura-box.com »

www.amazon.com › DuraBox › k=DuraBox
### DuraBox - Amazon.com
Results 1 - 16 of 130 - Amazon.com: **DuraBox**.

www.amazon.com › DuraBox-Through-Door-Locking-...
### DuraBox Through-The-Door Locking Drop Box ... - Amazon.com
Buy **DuraBox** Through-The-Door Locking Drop Box (D500) (Grey): Security Lock Boxes - Amazon.com ✓ FREE DELIVERY possible on eligible purchases.
★★★★★ Rating: 4.5 - 157 reviews

www.duraboxes.com › durabox-d500
### DuraBox D500 ... - Durabox Locking Deposit Dropboxes & Safes
**DuraBox** D500 Through-The-Door Locking Drop Box provides security and convenience when sharing valuables or private items such as mail, checks, ...

### Images for durabox

  cabinet    orocan    kitchen    zooey    plastic    drawer



→ More images for durabox    Report images

www.tswfast.com › category › brand-Durabox
### DuraBox - TSW

**Durabox** Black Caster Set 6". $. Add to Quote. View Details. Drop Front Jobsite Piano Box 60L X 30D X 50H. $. Add to Quote. View Details. Field Office 63-1/2" X ...

www.facebook.com › ... › DuraBox
### DuraBox - Home | Facebook
Who is **DURABOX**? **DURABOX** is the only commercial quality job site storage alternative to Knaack or Jobox in the industry today. Not only is **Durabox** priced as ...

www.digitalbuyer.com › durabox-d500-through-door-l... ▾
### DuraBox D500 Through-Door Locking Drop Box
**DuraBox** D500 through-door drop box provides secure all-day storage of valuables and private items including cash, checks, car keys, remotes, small envelopes ...
Rating: 98% - 13 reviews - $139.00 - In stock

www.distefanosales.com › durabox ▾
### Durabox - DiStefano Sales Company
**Durabox** is a full line manufacturer of Construction Jobsite Storage Chests, Piano Boxes, Field Offices, and Workbenches. Product features include 16-gauge steel construction, powder coat paint finish, lid latches, piano hinges, recessed handles, and fork lift boots.

## Searches related to durabox

| | |
|---|---|
| durabox **d700** | **plastic** durabox |
| durabox **field office** | durabox **container** |
| durabox **keys** | durabox **w300** |
| durabox **philippines** | durabox **db510** |

1  2  3  4  5  6  7  8  9  10   Next

**Midtown West, New York, NY** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms