JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-06223-RGK-AFM | Date | September 29, 2021 |
|---|---|---|---|
| Title | *Digital Marketing Corp. v. Manufacturas Post Form, S.A. de C.V.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order of Dismissal Without Prejudice**

Digital Marketing Corp. ("Plaintiff") filed this case against Manufacturas Post Form, S.A. de C.V. ("Defendant"), a Mexican corporation, on July 13, 2020. (*See* Comp., ECF No. 1). More than fifteen months have elapsed since that time, yet Plaintiff has failed to effect service of summons upon Defendant. In a status update filed on July 13, 2021, Plaintiff indicated that it continues to attempt to effect service by way of the Hague Convention, that Plaintiff submitted the requisite documents to the Ministry of Foreign Affairs, Directorate-General of Legal Affairs in Mexico on August 7, 2020, and that fault for the delay in service lies with Mexican government authorities. (Pl.'s Second Status Update at 2–4, ECF No. 29). But Plaintiff provides no timeframe by which service may be effected. The Court therefore **DISMISSES** this case without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer      jre