**JS6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIGITAL MARKETING CORP., a Delaware Corporation, d/b/a DIGITALBUYER, <br><br>          plaintiff, <br><br>     vs. <br><br> MANUFACTURAS POST FORM, S.A. de C.V., a Mexico Corporation, <br><br>          defendant. | Case No. 2:20-cv-06223-RGK-AFM <br><br> ~~[PROPOSED]~~ ORDER APPROVING JOINT STIPULATION TO DISMISS WITH PREJUDICE  **[57]** <br><br><br> Place: Courtroom 850 [Courtroom of the Honorable R. Gary Klausner] |

---

~~[PROPOSED]~~ ORDER

1   The Court, having reviewed and considered plaintiff Digital Marketing Corp. d/b/a
2   DigitalBuyer's and defendant Manufacturas Post Form, S.A. de C.V.'s Joint Stipulation to
3   Dismiss With Prejudice, it is **HEREBY ORDERED** that, pursuant to Rules
4   41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the above-captioned
5   action is dismissed in its entirety, with prejudice, including all claims and counterclaims
6   that were asserted or could have been asserted in the action.  Each party to bear its own
7   costs and attorneys' fees.

8
9
10
11   Dated: _____6/14/2022_____   _____
12   Hon. R. Gary Klausner
   United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1